THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC ADERHOLD, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>CAR2GO N.A. LLC,<br><br>Defendant. | Case No. 2:13-cv-489 RAJ<br><br>**STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE; [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR FOR MARCH 11, 2014 |

With this stipulated motion, Plaintiff Eric Aderhold and Defendant car2go N.A. LLC respectfully request that the Court enter an order to dismiss this action with prejudice.

**CERTIFICATION OF MOTION**

Pursuant to the Court's order, Dkt. No. 30 at 2, the parties certify that they have met and conferred to discuss means to coordinate the briefing schedule of this motion, the number of motions that might otherwise be filed, and the length of these motions.

**BACKGROUND**

A. **The Parties' Joint Background Statement**

On March 18, 2013, Plaintiff filed a complaint alleging that Defendant violated the federal Telephone Consumer Protection Act ("TCPA"), the Washington's Consumer Protection Act ("CPA"), and Washington's Commercial Electronic Mail Act ("CEMA") by sending him a text message. *See* Dkt. No. 1.

On February 27, 2014 the Court dismissed Plaintiff's TCPA claim. *See* Dkt. No. 74.

STIPULATED MOTION TO DISMISS; ORDER
(Case No. 2:13-cv-489 RAJ)
Page 1

SOUND JUSTICE LAW GROUP PLLC
93 S. Jackson St. #63230
Seattle, WA 98104-2818
(206) 489-3210

For separate reasons articulated by the parties in their supplemental background statements below, the parties join in this stipulated motion to further judicial economy and to avoid having the Court and the parties incur unnecessary litigation expenses and costs.

The parties agree that Plaintiff has not settled any portion of his claims against Defendant.

### B. Plaintiff's Supplemental Background Statement

In its February 27, 2014 order, the Court ruled that "Car2Go's Text Was Not 'Telemarketing'". See Dkt. No. 74 at 14. The ruling appears to indicate that the Court will dismiss Plaintiff's state law claim for violating the CEMA and CPA, as this claim is grounded primarily on CEMA's prohibition of "commercial text messages". *See* RCW 19.190.060. And whether a text message might be "telemarketing" under the TCPA has been found to control whether a text message is a "commercial text message" under CEMA. *See Gragg v. Orange Cab Co., Inc.*, C12-0576RSL, 2013 WL 195466, *3-5 & n. 4 (W.D. Wash. Jan. 17, 2013); *c.f. Chesbro v. Best Buy Stores, L.P.*, 705 F.3d 913, 919 (9th Cir. 2012). Accordingly, the Court's February 27, 2014 order makes clear to Plaintiff that further litigation of his state law claim before the Court would be futile prior to appellate review.

Plaintiff joins this stipulated motion in reliance upon his understanding and belief that doing so provides the most efficient and expeditious manner to obtain appellate review of the Court's rulings that impede his claims against Defendant. *See Concha v. London*, 62 F.3d 1493, 1507 (9th Cir. 1995) ("[P]laintiffs may appeal from a voluntary dismissal *with prejudice,* at least where the plaintiff is not acting pursuant to a settlement agreement intended to terminate the litigation."); *also see Berger v. Home Depot USA, Inc.*, 741 F.3d 1061, 1066 (9th Cir. 2014) ("We conclude that this stipulated dismissal is sufficiently adverse to his interests to allow him to appeal."). Plaintiff intends to initiate appellate review after the Court dismisses this action. And Plaintiff intends to continue prosecuting all of his claims under both federal and state law against Defendant if an appellate court remands this case for further proceedings. *See Concha*, 62 F.3d at

STIPULATED MOTION TO DISMISS; ORDER  
(Case No. 2:13-cv-489 RAJ)  
Page 2

SOUND JUSTICE LAW GROUP PLLC  
93 S. Jackson St. #63230  
Seattle, WA 98104-2818  
(206) 489-3210

1507 ("If the plaintiff prevails on appeal, and the determinative district court ruling is reversed, then his claim is remanded to the district court for further proceedings.").

C.   **Defendant's Supplemental Background Statement**

Defendant agrees with Plaintiff's assessment that the Court's finding that "[t]here is no indication that the text was intended for anything other than the limited purpose stated in its two sentences: to permit Mr. Aderhold to complete registration…" is fatal to the Plaintiff's CEMA claim. Dkt. No. 74 at 14-15. Defendant also maintains that the Court's ruling regarding the applicability of the "express consent" defense to the TCPA provides a separate complete defense to Plaintiff's remaining state law claims.

Defendant does not agree that Plaintiff's state law claims, here voluntarily dismissed, may revive upon remand. Nonetheless, Defendant joins this stipulated motion because the proposed, voluntary dismissal of Plaintiff's surviving claims involves less expense than further litigation before the Court. Defendant reserves all rights it has to oppose any appeal made by Plaintiff and believes that the Court's February 27, 2014 order is correctly decided in every respect.

## LEGAL FOUNDATION

The Federal Rules of Civil Procedure permit the parties to stipulate to a dismissal. *See* Fed.R.Civ.P. 41(a)(1). The Federal Rules of Civil Procedure otherwise provide that the Court can enter a voluntary dismissal "on terms that the court considers proper." *See* Fed.R.Civ.P. 41(a)(2).

## STIPULATION

For the reasons set forth above, the parties stipulate as follows:

1. This action should be dismissed with prejudice, with judgment entered in favor of Defendant, and each party to bear their own expenses and costs.

2. However, if there are any future proceedings in this action before the Court or any other district court, each party reserves and retains the right to seek recovery of any and all recoverable expenses and costs after the conclusion of any such future proceedings.

STIPULATED MOTION TO DISMISS; ORDER
(Case No. 2:13-cv-489 RAJ)
Page 3

SOUND JUSTICE LAW GROUP PLLC
93 S. Jackson St. #63230
Seattle, WA 98104-2818
(206) 489-3210

DATED: March 11, 2014

| | |
|---|---|
| */s/ Albert H. Kirby* <br> Albert H. Kirby, WSBA #40187 <br> **SOUND JUSTICE LAW GROUP PLLC** <br> 93 S. Jackson St. #63230 <br> Seattle, WA 98104-2818 <br> Tel: (206) 489-3210 <br> Fax: (866) 845-6302 <br> Email: ahkirby@soundjustice.com <br><br> Counsel for Plaintiff | */s/ Eric J. Troutman* <br> Eric J. Troutman, WSBA #45747 <br> **SEVERSON & WERSON** <br> 19100 Von Karman Ave <br> Irvine, CA 92612 <br> Telephone: 949-442-7110 <br> Fax: 949-442-7118 <br> Email: ejt@severson.com <br><br> and <br><br> Christopher N. Weiss, WSBA #14826 <br> J. Will Eidson, WSBA #45040 <br> **STOEL RIVES LLP** <br> 600 University Street, Suite 3600 <br> Seattle, WA 98101 <br> Telephone: (206) 624-0900 <br> Fax: (206) 386-7500 <br> Email: cnweiss@stoel.com <br> jweidson@stoel.com <br><br> Counsel for Defendant |

## **ORDER**

IT IS SO ORDERED. The parties' stipulation above is now an order of the Court. Pursuant to Fed.R.Civ.P. 58(b)(2), the clerk is directed to enter judgment in favor of defendant with each party to bear their own expenses and costs.

DATED this _____ day of _____ 2014.

_____
THE HONORABLE RICHARD A. JONES

STIPULATED MOTION TO DISMISS; ORDER
(Case No. 2:13-cv-489 RAJ)
Page 4

**SOUND JUSTICE LAW GROUP PLLC**
93 S. Jackson St. #63230
Seattle, WA 98104-2818
(206) 489-3210

# CERTIFICATE OF SERVICE

The undersigned certifies that, on this date, a true and correct copy of the foregoing document(s), including any attached document(s), will be or has been served on the persons listed below in the manner shown as follows:

| | |
|---|---|
| Christopher N. Weiss<br>J. Will Eidson<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: (206) 624-0900<br>Fax: (206) 386-7500<br>Email: cnweiss@stoel.com<br>          jweidson@stoel.com | ___ Legal Messenger<br>___ Facsimile<br>___ United States Mail, First Class<br>___ Direct Email<br> x  CM/ECF Notification<br>___ Other: _____ |
| Eric J. Troutman<br>SEVERSON & WERSON<br>19100 Von Karman Ave<br>Irvine, CA 92612<br>Telephone: 949-442-7110<br>Fax: 949-442-7118<br>Email: ejt@severson.com | ___ Legal Messenger<br>___ Facsimile<br>___ United States Mail, First Class<br>___ Direct Email<br> x  CM/ECF Notification<br>___ Other: _____ |

Dated: March 11, 2014                    */s/ Albert H. Kirby*
                                         Albert H. Kirby, WSBA #40187

STIPULATED MOTION TO DISMISS; ORDER
(Case No. 2:13-cv-489 RAJ)
Page 5

SOUND JUSTICE LAW GROUP PLLC
93 S. Jackson St. #63230
Seattle, WA 98104-2818
(206) 489-3210