# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC ADERHOLD,

        Plaintiff,

v.

CAR2GO N.A. LLC,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.   C13-489RAJ

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The court enters judgment for Defendant in accordance with the court's February 27, 2014 order and the parties' stipulated motion to dismiss.

Dated this 17th day of March, 2014.

                                  WILLIAM M. McCOOL
                                          Clerk

                              /s Consuelo Ledesma
                              Deputy Clerk