THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC ADERHOLD, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>CAR2GO N.A. LLC,<br><br>Defendant. | Case No. 2:13-cv-489 RAJ<br><br>**NOTICE OF APPEAL** |

Notice is given that Plaintiff Eric Aderhold, on his own behalf and on behalf of other similarly situated persons, appeals to the United States Court of Appeals for the Ninth Circuit from the following:

1. Order of February 27, 2014, W.D. Wash. Dkt. No. 74 (attached as Exhibit 1);

2. Order of March 17, 2014, W.D. Wash. Dkt. No. 76 (attached as Exhibit 2); and

3. Judgment of March 17, 2014, W.D. Wash. Dkt. No. 77 (attached as Exhibit 3).

Also, Mr. Aderhold's representation statement is attached as Exhibit 4. And a Notice of Unavailability, W.D. Wash. Dkt. No. 71, for Mr. Aderhold's counsel is attached as Exhibit 5.

RESPECTFULLY SUBMITTED: March 18, 2014

/s/   Albert H. Kirby
Albert H. Kirby, WSBA #40187
**SOUND JUSTICE LAW GROUP PLLC**
93 S. Jackson St. #63230
Seattle, WA 98104-2818
Tel: (206) 489-3210
Fax: (866) 845-6302
Email: ahkirby@soundjustice.com

Counsel for Plaintiff

NOTICE OF APPEAL
(Case No. 2:13-cv-489 RAJ)
Page 1

SOUND JUSTICE LAW GROUP PLLC
93 S. Jackson St. #63230
Seattle, WA 98104-2818
(206) 489-3210

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on this date, a true and correct copy of the foregoing document(s), including any attached document(s), will be or has been served on the persons listed below in the manner shown as follows:

| | |
|---|---|
| Christopher N. Weiss<br>J. Will Eidson<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: (206) 624-0900<br>Fax: (206) 386-7500<br>Email: cnweiss@stoel.com<br>         jweidson@stoel.com | ___ Legal Messenger<br>___ Facsimile<br>___ United States Mail, First Class<br>___ Direct Email<br> x  CM/ECF Notification<br>___ Other: _____ |
| Eric J. Troutman<br>SEVERSON & WERSON<br>19100 Von Karman Ave<br>Irvine, CA 92612<br>Telephone: 949-442-7110<br>Fax: 949-442-7118<br>Email: ejt@severson.com | ___ Legal Messenger<br>___ Facsimile<br>___ United States Mail, First Class<br>___ Direct Email<br> x  CM/ECF Notification<br>___ Other: _____ |

Dated: March 18, 2014           */s/ Albert H. Kirby*
                                Albert H. Kirby, WSBA #40187

NOTICE OF APPEAL
(Case No. 2:13-cv-489 RAJ)
Page 2

**SOUND JUSTICE LAW GROUP PLLC**
93 S. Jackson St. #63230
Seattle, WA 98104-2818
(206) 489-3210