UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 04 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERIC ADERHOLD,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CAR2GO N.A. LLC, on his own behalf and on behalf of other similarly situated persons,<br><br>        Defendant - Appellee. | No. 14-35208<br><br>D.C. No. 2:13-cv-00489-RAJ<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered September 09, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Craig Westbrooke
Deputy Clerk